James WILSON, Claimant c/o Anne
Wilson, Wife, and Anne Wilson,
widow, Appellant,

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (ALLIED SIGNAL,
INC. AND TRAVELERS INSUR-
ANCE CO.), Appellees.

Supreme Court of Pennsylvania.

July 21, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2003,
the above noted appeal is hereby
**QUASHED.**